**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION (DAYTON)**

| | | |
|---|---|---|
| SIDNEY OWEN DAVIS, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>TROTWOOD-MADISON CITY SCHOOL DISTRICT, *et al.*,<br><br>Defendants. | : : : : : : : : : | Case No. 3:26-cv-00261<br><br>District Judge Michael J. Newman<br>Magistrate Judge Caroline H. Gentry |

---

**ORDER**

---

The above-named Plaintiff recently submitted a Complaint and related documents to this Court. The resulting case has been assigned to District Judge Michael J. Newman. Certain matters have been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b) and this Court's General Order No. DAY 22-01.

As an initial matter, Plaintiff Davis asks to proceed in this case *in forma pauperis* and without paying the fees to file the case. (Doc. No. 1.) In his Application, he provides information about his assets and expenses, and about his dependents. (*Id.*) Plaintiff has included the full names of minors in his Application, which is improper. (*Id.* at PageID 2.) Minors should only be referred to by their initials in public filings. *See* Fed. R. Civ. P. 5.2(a). The Court therefore **DIRECTS** the Clerk to **STRIKE** the Application from the record. (Doc. No. 1.)

Plaintiff is **ORDERED** to complete and file a new Application that uses only initials for minors.[1] Plaintiff shall file the new Application by **September 16, 2026.**

Plaintiff is **ADVISED** that he must promptly notify the Court if his mailing address changes while this case is pending. He may wish to review the resources for *pro se* parties on the Court's website.[2] He may also find and monitor the status of this case via the federal courts' PACER Case Locator service.[3] Finally, if Plaintiff would prefer to receive documents from the Court by email rather than mail, he may complete and file with the Clerk of Court a Motion by Pro Se Litigant to Receive Service by Email Through the Electronic Case Filing System.[4]

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge

[1] The Court's forms can be found here: https://www.ohsd.uscourts.gov/ohio-southern-district-forms. Plaintiff should select the "Application to proceed Without Prepayment of Fees and Affidavit."

[2] Available at https://www.ohsd.uscourts.gov/pro-se.

[3] Available at https://pcl.uscourts.gov/pcl/index.jsf.

[4] Available at https://www.ohsd.uscourts.gov/electronic-case-filing, by choosing "Consent to Electronic Service."